IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:92-CR-10-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| JIM WHITTINGTON | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion to cancel restitution. Finding no legal basis for such a motion, the defendant's motion [DE #35] is DENIED.

This 3rd day of April 2013.

*/s/ Malcolm J. Howard*
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26