IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:92CR0000010-001H

| | |
|---|---|
| UNITED STATE OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JIM WHITTINGTON, | ) |
| | ) |
| Defendant. | ) |

ORDER GRANTING MOTION TO
CHANGE NAME OF RESTITUTION PAYEE
AND FOR ORDER OF DISTRIBUTION

For good cause having been shown by the United States of America, the Court orders the following:

1. That the name of the restitution payee in the above cited case be changed to Natalie Millner Patterson at the address provided on the Affidavit filed with the Court.

2. That the Financial Section of the U. S. District Court is hereby authorized to disburse any funds currently held or any funds received in the future to the above-named restitution payee.

SO ORDERED this 1st day of October 2015.

Malcolm J. Howard
Senior United States District Judge